FILED
SUPERIOR COURT
OF GUAM

2019 SEP -9 PM 12: 00

CLERK OF COURT
By:_____

# IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| THE PEOPLE OF GUAM, | CRIMINAL CASE NO. CF0225-18 |
| vs. | |
| JONATHAN TORRES TEDTAOTAO, | **DECISION AND ORDER RE: MOTION TO WITHDRAW [AS COUNSEL]** |
| DEFENDANT. | |

This matter came before the Honorable Maria T. Cenzon on the Motion to Withdraw filed by Defendant Jonathan Torres Tedtaotao's (Tedtaotao) counsel, Assistant Public Defender Zachary C. Taimanglo, Esq. on August 30, 2019. This Court previously granted Counsel's *Ex Parte* Motion to Withdraw filed in *People vs. Jonahan Torres Tedtaotao,* Criminal Case No. CF0415-19 based largely on the determination by the Court that the attorney-client relationship between Attorney Taimanglo and Defendant (and extending to the Public Defender Services Corporation (PDSC)) was irretrievably broken, and appointed the Alternate Public Defender. *Minute Order at* 11:50:11 (Aug. 27, 2019).[1] The Court adopts the findings set forth in the aforementioned *Minute Order* as well as enumerated in the Decision and Order issued in CF0415-19 and GRANTS PDSC's Motion to Withdraw As Counsel.

---

[1] *See also,* Decision and Order Re. Ex Parte Motion to Withdraw [As Counsel] in CF0415-19, filed contemporaneously herewith.

FURTHER ORDERED, that Alternate Public Defender is appointed to represent Defendant in the instant matter.

SO ORDERED this 9th day of September, 2019.

**HONORABLE MARIA T. CENZON**
JUDGE, SUPERIOR COURT OF GUAM

I acknowledge that a copy of the original hereto was placed in the court box of:

Date: _____ Time: _____

Deputy Clerk: _____ . Court of Guam